IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00097-MOC-DCK

| | |
|---|---|
| COMPUFILL, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| HARRIS TEETER, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed by Susan Freya Olive, concerning Darrell Glyn Dotson on February 20, 2013. Mr. Dotson seeks to appear as counsel *pro hac vice* for Plaintiff CompuFill, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) is **GRANTED.** Mr. Dotson is hereby admitted *pro hac vice* to represent Plaintiff CompuFill, LLC.

**SO ORDERED**.

Signed: February 21, 2013

David C. Keesler
United States Magistrate Judge