# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | | |
|---|---|---|
| COMPUFILL, LLC | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:13-cv-97 |
| HARRIS TEETER, INC. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HARRIS TEETER, INC.
C/O: CT Corporation System
150 Fayetteville Street, Suite 1011
Raleigh, NC 27601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Susan Freya Olive           Darrell G. Dotson
Olive & Olive, P.A.         Stevens Love
500 Memorial St.            222 N. Fredonia St.
P.O. Box 2049               Longview, Texas 75601
Durham, NC 27702

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date     **2/15/2013**

Frank G. Johns, Clerk
United States District Court

Civil Action No. 3:13-cv-97

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Harris Teeter, Inc.
was received by me on *(date)* 2/15/2013.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Served by certified mail, RRR # 7012 2210 0001 6242 5423 upon its registered agent, CT Corporation System, 150 Fayetteville St., Ste. 1011, Raleigh, NC 27601 on 2/25/2013.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/5/2013

*Rose West*
*Server's signature*

Rose West, Legal Assistant
*Printed name and title*

222 N. Fredonia St., Longview, TX 75601
*Server's address*

Additional information regarding attempted service, etc:

