IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:13-cv-97

COMPUFILL, LLC,

    Plaintiff

  v.

HARRIS TEETER, INC.,

    Defendant

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Harris Teeter, Inc. ("Harris Teeter") moves with the consent of Plaintiff for an extension of time to respond to Plaintiff's Complaint for Patent Infringement (the "Complaint') up to and including April 17, 2013. In support thereof, Harris Teeter states as follows:

1. On February 14, 2013, Plaintiff filed its Complaint in this action.

2. Harris Teeter was served with the Complaint on February 25, 2013, and Harris Teeter's response to the Complaint is currently due on March 18, 2013.

3. Harris Teeter requires additional time to prepare its response to Plaintiff's Complaint.

4. Counsel for Harris Teeter has consulted with Plaintiff's counsel, who has consented to this Motion and the proposed extension.

5. The time for responding to Plaintiffs' Complaint has not expired.

6. This Motion is made in good faith and not for the purpose of delay.

WHEREFORE, Defendant Harris Teeter requests a 30-day extension of time to file its response to the Complaint up to and including April 17, 2013.

This the 14th day of March, 2013.

/s/ Bradley R. Kutrow
Bradley R. Kutrow, NC Bar No. 13851
McGuireWoods LLP
201 North Tryon Street, Suite 3000
P.O. Box 31247 (28231-1247)
Charlotte, North Carolina 28202-2146
Telephone: (704) 343-2000
Facsimile: (919) 343-2300
bkutrow@mcguirewoods.com

*Attorney for Defendant Harris Teeter, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following parties in this case:

>Darrell G. Dotson
>STEVES LOVE
>222 N. Fredonia Street
>Longview, TX 75601
>darrell@stevenslove.com
>
>Susan Freya Olive
>OLIVE & OLIVE
>500 Memorial Street
>P.O. Box 2049
>Durham, NC 27702
>WDNC@oliveandolive.com
>
>*Attorneys for Plaintiff*

This the 14th day of March, 2013.

>/s/ Bradley R. Kutrow
>Bradley R. Kutrow, NC Bar No. 13851
>
>*Attorney for Defendant Harris Teeter, Inc.*