# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:13-cv-97

| | |
|---|---|
| COMPUFILL, LLC,<br><br>      Plaintiff<br><br>v.<br><br>HARRIS TEETER, INC.,<br><br>      Defendant | **CORPORATE<br>DISCLOSURE STATEMENT** |

      Pursuant to Fed. R. Civ. P. 7.1, Defendant Harris Teeter, Inc. hereby files this corporate disclosure statement, and discloses the following:

      Harris Teeter, Inc. is a wholly owned subsidiary of Ruddick Operating Company, LLC, which in turn is a wholly owned subsidiary of the publicly-traded Harris Teeter Supermarkets, Inc. ("HTSI").  HTSI is a publicly-held company whose shares of common stock are traded on the New York Stock Exchange.  HTSI has no parent company and no publicly-held company owns more than 10% of HTSI's common stock.

      This the 15th day of March, 2013.

                                                      /s/ Bradley R. Kutrow
                                                    Bradley R. Kutrow, NC Bar No. 13851
                                                    McGuireWoods LLP
                                                    201 North Tryon Street, Suite 3000
                                                    P.O. Box 31247 (28231-1247)
                                                    Charlotte, North Carolina 28202-2146
                                                    Telephone: (704) 343-2000
                                                    Facsimile: (919) 343-2300
                                                    bkutrow@mcguirewoods.com

                                                    *Attorney for Defendant Harris Teeter, Inc.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following parties in this case:

>Darrell G. Dotson
>STEVES LOVE
>222 N. Fredonia Street
>Longview, TX 75601
>darrell@stevenslove.com
>
>Susan Freya Olive
>OLIVE & OLIVE
>500 Memorial Street
>P.O. Box 2049
>Durham, NC 27702
>WDNC@oliveandolive.com
>
>*Attorneys for Plaintiff*

This the 15$^h$ day of March, 2013.

/s/ Bradley R. Kutrow
Bradley R. Kutrow, NC Bar No. 13851

*Attorney for Defendant Harris Teeter, Inc.*