IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00097-MOC-DCK

| COMPUFILL, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| HARRIS TEETER, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 16) filed by Philip Summa, concerning Wendy J. Ray on April 17, 2013. Ms. Ray seeks to appear as counsel *pro hac vice* for Defendant Harris Teeter, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 16) is **GRANTED.** Ms. Ray is hereby admitted *pro hac vice* to represent Defendant Harris Teeter, Inc.

**SO ORDERED**.

Signed: April 18, 2013

David C. Keesler
United States Magistrate Judge