**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:13-CV-097-MOC-DCK**

| | | |
|---|---|---|
| **COMPUFILL, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **HARRIS TEETER, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

   **THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Extension Of Time To Provide Report Of Initial Conference" (Document No. 23) filed May 14, 2013.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

   **IT IS, THEREFORE, ORDERED** that "Joint Motion For Extension Of Time To Provide Report Of Initial Conference" (Document No. 23) is **GRANTED**.  The parties shall have up to and including **June 4, 2013** to file a Certification of Initial Attorney's Conference.

Signed: May 14, 2013

David C. Keesler
United States Magistrate Judge