IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Case No. 3:13-CV-097-MOC-DCK

| | |
|---|---|
| COMPUFILL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **UTILITY PATENT CLAIM** |
| vs. ) | **CONSTRUCTION SCHEDULING** |
| ) | **ORDER** |
| HARRIS TEETER, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**IN ACCORDANCE WITH** the Local Civil Rules of the Western District of North Carolina, the Local Patent Rules, and pursuant to Rule 16 of the Federal Rules of Civil Procedure, the undersigned enters the following Claim Construction Scheduling Order in this matter.

| DEADLINES | |
|---|---|
| Serve Initial Infringement Contentions | August 26, 2013 |
| Serve Initial Invalidity Contentions | October 28, 2013 |
| Exchange of Terms for Construction | November 18, 2013 |
| Exchange Preliminary Claim Construction | December 9, 2013 |
| File Joint Claim Construction Statement | January 8, 2014 |
| Close of Claim Construction Discovery | February 7, 2014 |
| File Opening Claim Construction Brief | February 21, 2014 |
| File Responsive Claim Construction Brief | March 7, 2014 |
| File Reply Claim Construction Brief | March 14, 2014] |
| File Surreply Claim Construction Brief | March 21, 2014 |
| File Claim Construction Chart | March 28, 2014 |
| Claim Construction Hearing | April 4, 2014 |
| Issuance of Claim Construction Order & Issuance of Pretrial Order | June 3, 2014 |

**SO ORDERED**.

Signed: July 26, 2013

David C. Keesler
United States Magistrate Judge