IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00097-MOC-DCK

| | |
|---|---|
| COMPUFILL, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| HARRIS TEETER, INC., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 27) filed by Rebecca E. Crandall, concerning Todd Young Brandt on October 8, 2013. Mr. Todd Young Brandt seeks to appear as counsel *pro hac vice* for Plaintiff CompuFill, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 27) is **GRANTED.** Mr. Todd Young Brandt is hereby admitted *pro hac vice* to represent Plaintiff CompuFill, LLC.

**SO ORDERED**.

Signed: October 8, 2013

David C. Keesler
United States Magistrate Judge